UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JUAN JIMENEZ, | ) | CASE NO. 4:06 CV 1674 |
| | ) | |
| Plaintiff, | ) | JUDGE ANN ALDRICH |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

     This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed without prejudice pursuant to 42 U.S.C. §1997e. Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

     s/Ann Aldrich
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated: October 10, 2006**